| | | |
|---|---|---|
| JAMES E. STEVENS | The Honorable: | Manuel Barbosa |
| 6833 Stalter Drive | Chapter 7 | |
| Rockford, IL 61108 | Location: | 211 South Court Street, Room 115, Rockford, IL |
| (815) 962-6611 | Hearing Date: | 11/16/2009 |
| Chapter 7 Trustee | Hearing Time: | 09:30 |
| | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LEONARD, DAWN M.      §   Case No. 09-71043
                             §
                             §
                             §
Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/16/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

    Date Mailed:  09/29/2009         By:  /s/JAMES E. STEVENS
                                                                                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| JAMES E. STEVENS | The Honorable: | Manuel Barbosa |
| 6833 Stalter Drive | Chapter 7 | |
| Rockford, IL 61108 | Location: | 211 South Court Street, Room 115, Rockford, IL |
| (815) 962-6611 | Hearing Date: | 11/16/2009 |
| Chapter 7 Trustee | Hearing Time: | 09:30 |
| | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LEONARD, DAWN M.           §    Case No. 09-71043
                                  §
                                  §
    Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $       4,000.60

*and approved disbursements of*             $           5.00

*leaving a balance on hand of* [1]          $       3,995.60

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*           *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 1,000.15 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 46,032.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CHASE BANK USA | $ 25,116.16 | $ 1,634.36 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 14,019.34 | $ 912.27 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 212.18 | $ 13.81 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 6,685.04 | $ 435.01 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

                                                       Prepared By:  /s/JAMES E. STEVENS
                                                                                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez              Page 1 of 1                   Date Rcvd: Oct 19, 2009
Case: 09-71043                 Form ID: pdf006            Total Noticed: 15

The following entities were noticed by first class mail on Oct 21, 2009.
db          +Dawn M. Leonard,    8 Monarch Ct.,    Lake In The Hills, IL 60156-5829
aty          Dean Paolucci,    Select Legal P C,    53 W Jackson Suite 709,    Chicago, IL  60604
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
13669898     Bank of America,    Box 53132,    Phoenix, AZ 85072-3132
14071395    +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13669899     Chase,    Box 52126,    Phoenix, AZ 85072-2126
13669900     Countrywide Home Mortgage,    c/o Bankruptcy Correspondence,    PO Box 5170,
              Simi Valley, CA 93062-5170
14339314     FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK   73124-8809
13669901    +Harris Bank,    3800 Golf Rd., Suite 300,    P.O. Box 8478,    Rolling Meadows, IL 60008-8478
13669902     Lowes,    P. O. Box 9710, Dept. 79,    Macon, GA 31297-9710
13669903    +Meadows Credit Union,    3350 Salt Creek Lane #100,    Arlington Heights, IL 60005-5004
14087630    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
13669904    +Sears,    PO Box 6924,    The Lakes, NV 88901-6924
13669905    +UNVL BK NA,    P.O. Box 44195,    Jacksonville, FL 32231-4195
13669906     Washington Mutual,    P.O. Box 1093,    Northridge, CA 91328

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, Il 61108-2579
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2009**          **Signature:** _Joseph Speetjens_