# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: LEONARD, DAWN M. | § Case No. 09-71043 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $132,730.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,995.45 | Claims Discharged Without Payment: $46,211.27 |
| Total Expenses of Administration: $1,005.15 | |

3) Total gross receipts of $ 4,000.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $230,135.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,005.15 | 1,005.15 | 1,005.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,174.00 | 46,032.72 | 46,032.72 | 2,995.45 |
| **TOTAL DISBURSEMENTS** | $233,309.00 | $47,037.87 | $47,037.87 | $4,000.60 |

    4) This case was originally filed under Chapter 7 on March 20, 2009. . The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2009    By: /s/JAMES E. STEVENS
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.60 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME MORTGAGE | 4110-000 | 223,827.00 | N/A | N/A | 0.00 |
| MEADOWS CREDIT UNION | 4210-000 | 1,552.00 | N/A | N/A | 0.00 |
| HARRIS BANK | 4210-000 | 4,756.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$230,135.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,000.15 | 1,000.15 | 1,000.15 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.00 | 5.00 | 5.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,005.15 | 1,005.15 | 1,005.15 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA | 7100-000 | N/A | 25,116.16 | 25,116.16 | 1,634.36 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,019.34 | 14,019.34 | 912.27 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 212.18 | 212.18 | 13.81 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 6,685.04 | 6,685.04 | 435.01 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| WASHINGTON MUTUAL | 7100-000 | 2,950.00 | N/A | N/A | 0.00 |
| LOWES | 7100-000 | 224.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 3,174.00 | 46,032.72 | 46,032.72 | 2,995.45 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-71043 | Trustee: | (330420)    JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | LEONARD, DAWN M. | Filed (f) or Converted (c): | 03/20/09 (f) |
|  |  | §341(a) Meeting Date: | 04/29/09 |
| Period Ending: | 12/15/09 | Claims Bar Date: | 08/28/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8 Monarch Ct., Lake in the Hills, IL 60156, owne | 123,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Meadows Credit Union | 340.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous used household goods | 1,125.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books, tapes, CD's etc. | 435.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal Used Clothing | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous costume jewelry | 230.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2002 Ford Explorer - fair condition | 4,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2000 Chevrolet S-10 - Fair Condition | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 18 | TAX REFUNDS (u) | Unknown | 4,000.00 | DA | 4,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.60 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $132,730.00 | $4,000.00 |  | $4,000.60 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    September 22, 2009        Current Projected Date Of Final Report (TFR):    September 29, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-71043
**Case Name:** LEONARD, DAWN M.

**Taxpayer ID #:** 54-6843838
**Period Ending:** 12/15/09

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*28-65 - Money Market Account
**Blanket Bond:** $118,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/09 | {18} | Jerald P. Leonard | tax refund | 1224-000 | 4,000.00 | | 4,000.00 |
| 05/28/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #09-71043 | 2300-000 | | 5.00 | 3,995.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 3,995.17 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,995.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,995.49 |
| 09/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.11 | | 3,995.60 |
| 09/22/09 | | To Account #\*\*\*\*\*\*\*\*2866 | transfer funds to close checking account | 9999-000 | | 3,995.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,000.60 | 4,000.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,995.60 | |
| | | | **Subtotal** | | 4,000.60 | 5.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.60** | **$5.00** | |

{} Asset reference(s)

Printed: 12/15/2009 11:08 AM   V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-71043 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LEONARD, DAWN M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*28-66 - Checking Account |
| Taxpayer ID #: | 54-6843838 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 12/15/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/09 | | From Account #\*\*\*\*\*\*\*\*2865 | transfer funds to close checking account | 9999-000 | 3,995.60 | | 3,995.60 |
| 11/17/09 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,000.15, Trustee Compensation; Reference: | 2100-000 | | 1,000.15 | 2,995.45 |
| 11/17/09 | 102 | CHASE BANK USA | Dividend paid 6.50% on $25,116.16; Claim# 1; Filed: $25,116.16; Reference: | 7100-000 | | 1,634.36 | 1,361.09 |
| 11/17/09 | 103 | PYOD LLC its successors and assigns as assignee of | Dividend paid 6.50% on $14,019.34; Claim# 2; Filed: $14,019.34; Reference: | 7100-000 | | 912.27 | 448.82 |
| 11/17/09 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 6.50% on $212.18; Claim# 3; Filed: $212.18; Reference: | 7100-000 | | 13.81 | 435.01 |
| 11/17/09 | 105 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 6.50% on $6,685.04; Claim# 4; Filed: $6,685.04; Reference: | 7100-000 | | 435.01 | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 3,995.60 | 3,995.60 | $0.00 |
| | Less: Bank Transfers | 3,995.60 | 0.00 | |
| | Subtotal | 0.00 | 3,995.60 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $3,995.60 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*28-65 | 4,000.60 | 5.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*28-66 | 0.00 | 3,995.60 | 0.00 |
| | $4,000.60 | $4,000.60 | $0.00 |

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 31, 2009 through November 30, 2009
Account Number: **000312196362866**

## CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273

00018396   802 24 33509 - NNNNN   1 000000000 60 0000
09-71043 LEONARD DAWN M
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY   Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $3,995.60 |
| Checks Paid | 5 | - 3,995.60 |
| Ending Balance | 5 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 11/19 | $1,000.15 |
| 102 | 11/27 | 1,634.36 |
| 103 | 11/23 | 912.27 |
| 104 | 11/25 | 13.81 |
| 105 | 11/23 | 435.01 |
| Total Checks Paid |  | $3,995.60 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/19 | $2,995.45 |
| 11/23 | 1,648.17 |
| 11/25 | 1,634.36 |
| 11/27 | 0.00 |

**JPMorganChase**

May 30, 2009 through June 30, 2009

Account Number: **000312196362865**

ACCOUNT # 000312196362865
LEONARD DAWN M
09-71043

**IMAGES**



005980725850 JUN 12 #0000001001 $5.00





005980725850 JUN 12 #0000001001 $5.00

**JPMorganChase**

October 31, 2009 through November 30, 2009

Account Number: **000312196362866**

**IMAGES**

ACCOUNT # 000312196362866
LEONARD DAWN M
09-71043




004990119793 NOV 19 #0000000101 $1,000.15



004990119793 NOV 19 #0000000101 $1,000.15



002390592683 NOV 27 #0000000102 $1,634.36



002390592683 NOV 27 #0000000102 $1,634.36

Page 2 of 4

**JPMorganChase**

October 31, 2009 through November 30, 2009

Account Number: **000312196362866**

ACCOUNT # 000312196362866
LEONARD DAWN M
09-71043



006290811833 NOV 23 #0000000103 $912.27



006290811833 NOV 23 #0000000103 $912.27



007690838457 NOV 25 #0000000104 $13.81



007690838457 NOV 25 #0000000104 $13.81

**JPMorganChase**

October 31, 2009 through November 30, 2009

Account Number: **000312196362866**

ACCOUNT # 000312196362866
LEONARD DAWN M
09-71043




006890478760 NOV 23 #0000000105 $435.01



006890478760 NOV 23 #0000000105 $435.01